# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chad Duane Daniel,<br>　　　　Plaintiff,<br>v.<br>Unknown Powers, et al.,<br>　　　　Defendants. | No. CV-18-08296-PCT-GMS (ESW)<br>**ORDER** |

Pending before the Court are Plaintiff's First Amended Complaint (Doc. 21) and United States Magistrate Judge Eileen S. Willett's Report and Recommendation ("R&R") (Doc. 32). The R&R recommends that the Court dismiss Count VII, Defendant Apache County and Defendant Apache County Jail from this action. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72.

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court will accept the R&R and dismiss Count VII, Defendant Apache County and Defendant Apache County Jail from this action. *See* 28 U.S.C. § 636(b)(1)

(stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** accepting Magistrate Judge Eileen S. Willett's R&R (Doc.32).

**IT IS FURTHER ORDERED** dismissing Defendant Apache County Jail from this action.

**IT IS FURTHER** ORDERED dismissing Count VII and Defendant Apache County from this action.

Dated this 11th day of September, 2019.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge